**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-29 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ELMER HARRIS | ) | Magistrate Judge Steger |

**ORDER**

On September 30, 2026, United States Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 171] recommending that the Court deny Defendant Elmer Harris's Motion to Suppress [Doc. 96]. Neither party filed an objection to the report and recommendation, and the time for doing so has since expired. The Court has nevertheless reviewed the record and agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 171] pursuant to 28 U.S.C. § 636(b)(1). Defendant's Motion to Suppress [Doc. 96] is therefore **DENIED**.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**